**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

ERIC D. HARRIS,

       Plaintiff,

vs.                            CASE NO. 4:08cv546/RS-WCS

CHARLES CRIST, Governor,
and BILL McCOLLUM, State Attorney
General,

       Defendants.
_____/

## <u>ORDER</u>

Before me is the Magistrate Judge's Report and Recommendation (Doc. 15.

Plaintiff has not filed objections.

**IT IS ORDERED**:

1.     The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2.     This case is dismissed without prejudice because of Plaintiff's failure to comply with an order of the court.

3.     The clerk is directed to close the file.

**ORDERED** on March 30, 2009.

                          /S/ Richard Smoak_____
                          **RICHARD SMOAK
                          UNITED STATES DISTRICT JUDGE**